# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUTHER THOMAS FINLEY (#2016-072002), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 16 C 9460<br>) |
| **CERMAK HOSPITAL**, et al., | )<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

Prisoner plaintiff Luther Finley("Finley") has mailed correspondence to the Court [Dkt. No. 8], seeking a status report regarding this case. To the extent the letter can be construed as a motion, it is granted. This case was dismissed without prejudice on October 19, 2016, and the Clerk of Court is directed to forward a copy of the Court's October 19 memorandum order [Dkt. No. 6] to Finley at the Cook County Jail.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 5, 2017